UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MEGAN DUNN,

    Plaintiff,

v.

CAMP PONTIAC L.L.C., CAMP PONTIAC
ASSOCIATES LIMITED LIABILITY
COMPANY, BRENT BEATTIE, and
MICHAEL G. FLOWERS,

    Defendants.

Civil Action No. 1:18-CV-00770-BKS-ATB

IT IS HEREBY STIPULATED, by and between the undersigned, the attorneys of record for the parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, that all claims, counter-claims, or cross-claims that were or could have been interposed by plaintiff MEGAN DUNN against CAMP PONTIAC L.L.C. and CAMP PONTIAC ASSOCIATES LIMITED LIABILITY COMPANY are hereby discontinued in their entirety with prejudice without costs or fees to any party. This stipulation may be filed without further notice.

DATED: 12/20/19

By: _____
David Urteago, Esq.
(Admitted *Pro Hac Vice*)
**URTEAGO, PC**
*Attorneys for Plaintiff*
5931 Greenville Avenue, #421
Dallas, Texas 75206

By: _____
Heather K. Zimmerman, Esq.
Bar Roll No. 517693
**GOLDBERG SEGALLA LLP**
*Attorneys for Defendants Camp Pontiac*
*L.L.C. and Camp Pontiac Associates*
*Limited Liability Company*
5786 Widewaters Parkway
Syracuse, New York 13214-1840

IT IS SO ORDERED:

*Brenda K Sannes*

Brenda K. Sannes
U.S. District Judge

Dated: January 3, 2020
Syracuse, NY